## Commonwealth ex rel. Simpson, Appellant, *v.* Simpson.

Argued June 13, 1969. *C. Norwood Wherry,* for appellant; *George R. Johnson,* for appellee.

Order affirmed.

MONTGOMERY, J., dissented.

SPAULDING, J., absent.

## Commonwealth ex rel. Smith, Appellant, *v.* Russell.

Argued June 13, 1969. *Allan Lugg,* for appellant; *Bernhard Dohrmann,* District Attorney, for appellee.

Order affirmed.

SPAULDING, J., absent.